IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 1600 WALNUT CORPORATION, GENERAL PARTNER OF L-A 1600 WALNUT LP, | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 20-4223 |
| COLE HAAN COMPANY STORE, n/k/a COLE HAAN COMPANY STORE, LLC, | |
| Defendant. | |

**ORDER**

AND NOW, this 29th day of March, 2021, upon consideration of Plaintiff's Motion to Dismiss Defendant's Amended Counterclaims (Doc. No. 20), Defendant's Response in Opposition to Plaintiff's Motion to Dismiss Defendant's Amended Counterclaims (Doc. No. 24), Plaintiff's Reply Brief in Further Support of Plaintiff's Motion to Dismiss Defendant's Amended Counterclaims (Doc. No. 25), Plaintiff's Sur Reply in Further Support of its Motion to Dismiss Defendant's Amended Counterclaims (Doc. No. 28), Defendant's Opposition to Plaintiff's Motion for Leave to Supplement Plaintiff's Reply in Support of Plaintiff's Motion to Dismiss Defendant's Amended Counterclaims (Doc. No. 29), the Notices of Supplemental Authority (Doc. Nos. 35, 28, 42), and the Oppositions to the

Notices of Supplemental Authority (Doc. Nos. 36, 37, 39, 44), it is hereby ORDERED that:

1. The Motion to Dismiss Defendant's Amended Counterclaims (Doc. No. 20) is GRANTED;

2. All of Defendant Cole Haan Company Store's Amended Counterclaims are hereby DISMISSED WITH PREJUDICE;

3. The Motion for Leave to File Sur Reply in Further Support of Plaintiff's Motion to Dismiss Defendant's Amended Counterclaims (Doc. No. 28) is GRANTED; and

4. All motions for summary judgment are due within thirty (30) days of the date of this Order.  All responses in opposition to motions for summary judgment are due within fourteen (14) days after service of the motion for summary judgment.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER, J.